[No. 4237–5–III.   Division Three.   May 20, 1982.]

WILLIAM B. MCGRIFF, *Appellant,* v. CHARLES
C. FLOWER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 60711, Norman W. Quinn, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green, J., and Wiehl, J. Pro Tem.

[No. 4238–3–III.   Division Three.   May 20, 1982.]

WILLIAM B. MCGRIFF, *Appellant,* v. THEODORE A.
ROY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–01143–5, Norman W. Quinn, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Wiehl, J. Pro Tem.

[No. 4239–1–III.   Division Three.   May 20, 1982.]

WILLIAM B. MCGRIFF, *Appellant,* v. THEODORE A.
ROY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–2–02136–8, Norman W. Quinn, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Wiehl, J. Pro Tem.

[Nos. 4254–1–II; 4291–6–II.   Division Two.   May 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
S. MCCARTY, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Thurston County, No. 791811, Hewitt A. Henry, J., entered August 23, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.